# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER M. COLEMAN** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **AMERICAN FEDERATION OF** | : | NO.  16-1347 |
| **GOVERNMENT EMPLOYEES** | : | |
| **AFL-CIO (AFGE), et al.** | : | |

## ORDER

AND NOW, this 4th day of April, 2016, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Gerald J. Pappert
**GERALD J. PAPPERT, J.**